[No. 1649-1.    Division One.    September 24, 1973.]

ATLAS CREDIT OF CALIFORNIA, INC., *Respondent*, v. ROBERT
E. MATTHIAS et al., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 721954, Howard J. Thompson, J., entered December 2, 1971. *Remanded* by unpublished opinion per Callow, J., concurred in by James and Williams, JJ.

[No. 1587-1.    Division One.    September 24, 1973.]

EQUIPMENT SUPPLIERS, INC., *Respondent*, v. THOMAS J.
McGOWAN, SR., et al., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 737438, Ward Roney, J., entered March 24,
1972. *Remanded* by unpublished opinion per Williams, J.,
concurred in by Horowitz and James, JJ.

[No. 1872-1.    Division One.    September 24, 1973.]

THE CITY OF SEATTLE, *Respondent*, v. WILLIAM G. GORDON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 60190, Robert W. Winsor, J., entered August 9,
1972. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Horowitz and James, JJ.

[No. 1785-1.    Division One.    September 17, 1973.]

PAULA H. BYRNE, *Appellant*, v. F. BERT COOPER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 736769, George H. Revelle, J., entered June 16,
1972. *Remanded* by unpublished opinion per Callow, J.,
concurred in by Farris and Williams, JJ.